# United States Bankruptcy Court

In re:  **Ondova Limited Company**  , Debtor        Case No.        **09-34784-sgj-11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $1, 823,031.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $71,917.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $40,400.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $4,520,697.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H – Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $0.00 |
| **TOTAL** | | **31** | **$1, 823,031.41** | **$4,633,015.26** | |

In re  **Ondova Limited Company**         **, Debtor**          Case No.    **09-34784-sgj-11**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | **$0.00** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **$0.00** | |

**(Report also on Summary of Schedules)  Total »**

In re__Ondova Limited Company_____, Debtor    Case No._____09-34784-sgj-11_____

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✔ | | | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LCCU – Share Draft Account - $17,368.00 LCCU – Money Market Account - $444,515.00 | | $461,883.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | TXU - $200.00 (pre-payment) Jimmy Lee – Landlord ($200) Prepaid rent through October 2009 $1,650.00 Retainer with James Bell, Attorney (being verified) Verisign, Inc. ($57.071.41) | | $59,121.41 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ✔ | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✔ | | | $0.00 |
| 6. Wearing apparel. | ✔ | | | $0.00 |
| 7. Furs and jewelry. | ✔ | | | $0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✔ | | | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✔ | | | $0.00 |

In re___Ondova Limited Company_____, Debtor   Case No.____09-34784-sgj-11____

## SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet - Page 2 of 3)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | ✔ | | | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | ✔ | | | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ✔ | | | $0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✔ | | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | ✔ | | | $0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **$460,500 Note Receivable** | | **Unknown** |
| 16. Accounts receivable. | | **Due from all Domain Name Registrants as of the Petition Date** | | **1,292,027.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✔ | | | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ✔ | | | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | ✔ | | | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✔ | | | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **See attached.** | | **Unknown** |

In re___Ondova Limited Company_____, Debtor    Case No._____09-34784-sgj-11____

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet - Page 3 of 3)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ✔ | | | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **VeriSign Registrar Agreement ICANN Accreditation solely to the extent that such agreements provide for the use of proprietary software or that the ICANN Accreditation is the equivalent of a license issued by a governmental or quasi governmental entity to operate as a Domain Name Registrar** | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ✔ | | | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ✔ | | | $0.00 |
| 26. Boats, motors, and accessories. | ✔ | | | $0.00 |
| 27. Aircraft and accessories. | ✔ | | | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | **Desks, chairs, lamps, table, filing cabinets** | | $5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Computers, routers, cables and monitors** | | $5,000.00 |
| 30. Inventory. | ✔ | | | $0.00 |
| 31. Animals. | ✔ | | | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | ✔ | | | $0.00 |
| 33. Farming equipment and implements. | ✔ | | | $0.00 |
| 34. Farm supplies, chemicals, and feed. | ✔ | | | $0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | **Domain Names held by Debtor, on its own account, as registrant as well as future value of registration agreements with non Debtor registrants** | | Unknown |

Report total also on Summary of Schedules    Total »    **$1,823,031.41**

**<u>Ondova Limited Company; Case No. 09-34784-sgj-11</u>**

# Schedule B-21

**Other contingent and unliquidated claims, etc.**

Possible claims which the Debtor may have against various of its prior pre-petition counsel regarding their representation - this entry will be revised if and when information becomes available.

Possible claims which the Debtor may have for alter ego or other veil piercing or single enterprise theories regarding any of a number of persons or entities which have been involved with the Debtor and which may be controlled or operated by any insider or affiliate of the Debtor - this entry includes similar claims made by opposing parties in past litigation regarding alter ego. This entry will be revised if and when information becomes available.

Amounts due from various parties in an undetermined amount on account of the execution of the Memorandum of Understanding in the litigation with Netsphere, et al with regard to sums to be paid per same as well as indemnification benefits from same. This listing is not intended to be exhaustive of rights or benefits or to cause such agreement to assumed or rejected or determined to be or not to be executory.

Claims, which, by further investigation of Debtor's books and records, may be ascertained. This listing will be amended appropriately as required.

In re  **Ondova Limited Company**  , Debtor          Case No.  **09-34784-sgj-11**

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **N/A** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re   Ondova Limited Company_____ , Debtor          Case No.____09-34784-sgj-11____

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VeriSign<br>487 E Middlefield Rd<br>Mountain View, CA 94043 | | | Registration Renewal Fees coming due at the end of July, 2009<br><br>_____<br>VALUE $ 128,989.11 | | | | $71,917.30 | |
| ACCOUNT NO. | | | _____<br>VALUE $ | | | | | |
| ACCOUNT NO. | | | _____<br>VALUE $ | | | | | |
| | | | **TOTAL »** | | | | $71,917.30 | |

(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data)

In re__Ondova Limited Company_____, Debtor          Case No._____09-34784-sgj-11_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

### ☐  Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

### ☐  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

### ☒  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### ☐    Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re ___Ondova Limited Company___, Debtor          Case No. _09-34784-sgj-11_

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet - Page 2 of 3)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10). * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___-1-___ continuation sheets attached

In re ___Ondova Limited Company___, Debtor          Case No. _09-34784-sgj-11_

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet - Page 3 of 3)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Austin, TX  73301 | | | 2008 FIT-Estimate | X | X | | $40,000.00 | $40,000.00 | |
| ACCOUNT NO.<br><br>Texas Comptroller of Public Accounts<br>Central Services Building<br>1711 San Jacinto Blvd.<br>Suite 180<br>Austin, TX  78701 | | | 2008 – Franchise taxes | X | X | | Unknown | Unknown | |
| ACCOUNT NO.<br><br>Jeffrey Baron<br>P.O. Box 111501<br>Carrolton, Texas 75011 | | | Employee Expenses | | | | $400.00 | $400.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| | | | Subtotals »»» | | | | $40,400.00 | $40,400.00 | |
| (Totals this page) | | | | | | | | | |
| | | | TOTAL »»» | | | | $40,400.00 | | |
| (Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | | | | | | | |
| | | | TOTALS »»» | | | | | $40,400.00 | |
| (Use only on last page of the completed Schedule E. If applicable,<br>report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | | | |

In re  Ondova Limited Company          , Debtor          Case No.      09-34784-sgj-11

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ABC Liquors, Inc.<br>PO Box 593688<br>Orlando, FL 32859 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| ABC Liquors, Inc.<br>c/o Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A<br>Attention: Allison Imber<br>255 South Orange Avenue<br>Suite 1401<br>Orlando, FL  32801 | | | NOTICE ONLY | | | | $0.00 |

In re___Ondova Limited Company_____, Debtor    Case No._____09-34784-sgj-11__

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 2 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Advance Publications, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Aggreko PLC c/o Jeffrey Becker Haynes & Boone LLP 2323 Victory Avenue, Suite 700 Dallas, TX  75219 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Aldous Law Firm Attention: Charla Aldous 2305 Cedar Springs, Suite  200 Dallas, TX 75201 | | | Legal fees asserted to be due | X | X | X | Unknown |
| Amanda V. Dwight Dwight Law Group 234 E. 17th Street, Suite 114-A Costa Mesa, CA 92627 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| AT&T Telephone 32 Avenue of the Americans New York, N.Y. 10013-2412 | | | Telephone Services | | | | $94.25 |
| Bankrate, Inc. c/9o David G. Bates Gunster Yoakley dbates@gunster.com | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor     Case No._____09-34784-sgj-11_

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet - Page 3 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Bickel and Brewer Attention: John Bickel 1717 Main Street, Suite 4800 Dallas, TX  75201 | | | Legal Fees asserted to be due | | X | X | $42,500.00 |
| BMF IT Services, LLC 610 E Main St # 403 Allen, TX  75002-3089 | | | E-Discovery Assistance to Debtor's pre-petition counsel in Netsphere matter | | | X | Unknown |
| Brinks Network, Inc. 3411 Silverside Rd Suite 203 Wilmington, DE 19810 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Brinks Network, Inc. c/o Thompson Coburn, LLP Attention: Mark Sableman One US Bank Plaza St. Louis, MO  63101 | | | NOTICE ONLY | | | | $0.00 |
| Bronner's Christmas Wonderland c/o Joanne Brewer 25 Christmas Lane P. O. Box 176 Frankenmuth, MI 48734-0176 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Bullwinkle Partners, Ltd. 19 South La Salle Street Suite 1300 Chicago, IL  60603 | | | Legal fees asserted to be due | | X | X | $3,589.36 |
| Carrington, Coleman, Sloman & Blumenthal, LLP c/o Tim Gavin 901 Main Street, Suite 5500 Dallas, TX  75202 | | | Legal fees asserted to be due | | X | X | $257,787.64 |

In re___Ondova Limited Company_____, Debtor        Case No._____09-34784-sgj-11_

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 4 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Comerica Incorporated c/o Miller Canfield Attention: Kristen Spano 150 West Jefferson, Suite 2500 Detroit, MI  48226 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Davis & Beverly, PLLC 12221 Merit Drive Suite 1660 Dallas, TX 75251 | | | Legal fees asserted to be due | | | | $11,071.50 |
| DaVita, Inc. c/o Mintz Lerin Attention: Susan Weller 701 Pennsylvania Avenue, N.W. Washington, DC  20004 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Dennis Klienfeld c/o Tom Bolt and Associates Attention: Rosh Alger 5600 Royal Dane Mall St. Thomas, U.S. Virgin Islands  00802 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Digital Discovery 8131 LBJ Freeway, Suite 325 Dallas, TX  75251 | | | Fees for Imaging and E Discovery | | | X | Unknown |
| E. Hoffmann-La Roche AG | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor     Case No._____09-34784-sgj-11___

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 5 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Electronic Arts, Inc. c/o David B. Rehfeld 209 Redwood Shores Parkway Redwood City, CA 94065 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Equivalent DATA Dallas 325 North St. Paul Suite 1400 Dallas, Texas 75201 | | | Fees for Imaging and E Discovery | | | X | Unknown |
| F. Hoffman-LaRoche AG Attention: Jerome Rhein Grenzacherstrasse 124 CH-4070 Basel, Switzerland | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Fee, Smith, Sharp & Vitullo, LLP Attention: Louie Vitullo 13155 Noel Road, Suite 100 Dallas, TX 75240 | | | Legal Fees asserted to be due | | X | X | $21,404.94 |
| Four Points Management, LLP c/o Tom Bolt and Associates Attention: Rosh Alger 5600 Royal Dane Mall St. Thomas, U.S. Virgin Islands 00802 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Friedman & Feiger, LLP Attention: Jim Krause 5301 Spring Valley Road, Suite 200 Dallas, TX 75254 | | | Legal fees asserted to be due (Not list on Schedule D until issue of owner of funds in Trust Account) | | | X | Unknown |
| Gerald York Asst. General Counsel Florida Department of Management Services 4050 Esplanade Way, Suite 160 Tallahassee, FL 32399-0950 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor       Case No._____09-34784-sgj-11_

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 6 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Giordani Schurig Beckett Tackett LLP 100 Congress Avenue, Suite 2200 Austin, Texas 78701 | | | Legal fees asserted to be due | | X | X | $12,443.33 |
| Graco Children's Products, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Graebel Van Lines, Inc. 16346 Airport Circle Aurora, CO  80011 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| HAAS Outdoors, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| HCB, LLC c/o Payne & Blanchard, LLP Attention: Frank Perry 600 North Pearl Street 2500 South Tower LB201 Dallas, TX  75201 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Howard and Morissa Hamburger c/o Wolf Rifkin Attention: Charles Harder, Esq. 11400 W. Olympic Blvd, 9th Floor Los Angeles, CA  90064 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor      Case No._____09-34784-sgj-11___

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 7 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ICANN<br>International Square<br>1875 I (EYE) Street, NW,<br>Suite 501<br>Washington DC, 20006 | | | NOTICE ONLY | | | | $0.00 |
| Iguana Consulting, LLC<br>c/o West & Associates, LLP<br>Attention: Royce West<br>P.O. Box 3960<br>Dallas, TX 75208 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| John Conti Coffee | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Kapalua Land Company, Ltd.<br>c/o Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Kennametal, Inc.<br>Attention: Mathew Gordan<br>1600 Technology Way<br>Latrobe, PA 15850 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Kerr & Wagstaffe LLP<br>100 Spear Street Suite 1800<br>San Francisco, CA 94105 | | | Legal fees asserted to be due | | X | X | $3,335.36 |
| Kevin F. D'Amour, P.C<br>P.O. Box 10829<br>St. Thomas, VI 00801 | | | Legal fees asserted to be due | | X | X | $1,178.00 |

In re___Ondova Limited Company_____, Debtor        Case No._____09-34784-sgj-11___

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet - Page 8 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Kwik-Sew Pattern Co., Inc. 3000 Washington Ave. N Minneapolis, MN 55411 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Kwik-Sew Pattern Co., Inc. c/o Kovalchuk Law Offices, P.A. Attention: Mark P. Kovalchuk P.O. Box 32371 Minneapolis, MN   55432 | | | NOTICE ONLY | | X | X | $0.00 |
| Lackey Hershman 3102 Oak Lawn Ave Suite 777 Dallas, Texas 75219 | | | Legal fees asserted to be due | | X | X | $6,383.58 |
| Law Offices of Bennett, Weston & LaJone, 1750 Valley View Lane Suite 120 Dallas, Texas 75234 | | | Legal fees asserted to be due | | X | X | $1,331.26 |
| Law Offices of Graham R. Taylor 101 Montgomery St., Ste 2050 San Francisco, CA 94104 | | | Legal fees asserted to be due | | X | X | $26,950.00 |
| Law Offices of Rajiv Jain 10 Corporate Park Suite 315 Irvine, CA 92612 | | | Legal fees asserted to be due | | X | X | $1,379.51 |
| Liberty Media Holdings, Inc. c/o A. Dale Manicom 1205 J Street, Suite B San Diego, CA   92101 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor     Case No._____09-34784-sgj-11_

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 9 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Linda Mays Accounting<br>114 London Way<br>Coppell, TX  75019 | | | Accounting Fees asserted to be due | | X | | $437.50 |
| Luckie Homes, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Manila Industries, Inc.<br>c/o Locke, Lord, Bissell & Liddell, LLP<br>Attention: John MacPete<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75202 | | | Transfers asserted to be due to Manila/Netsphere parties per pre-petition litigation | X | X | X | Unknown |
| Marshden, LLC<br>c/o Tom Bolt and Associates<br>Attention: Rosh Alger<br>5600 Royal Dane Mall<br>St. Thomas, U.S. Virgin Islands  00802 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Mateer and Shaffer<br>1299 Republic Center<br>324 N. St. Paul Street<br>Dallas, TX 75200 | | | Legal Fees asserted to be due | | | X | $30,897.90 |
| Mathis Holding, Inc.<br>C/o Rick L. Warren<br>Hertzog Conger Carson & Neville<br>1600 Bank of Oklahoma Plaza<br>201 Robert S. Kerr Avenue<br>Oklahoma City, OK  73102 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___**Ondova Limited Company**_____, Debtor     Case No._____**09-34784-sgj-11**___

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet - Page 10 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Maui Land & Pineapple Company, Inc. c/o Cades Schutte Attention: Martin Hsla 1000 Bishop Street, Suite 1200 Honolulu, HI  96813 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Munish Krishan c/o Locke, Lord, Bissell & Liddell, LLP Attention: John MacPete 2200 Ross Avenue, Suite 2200 Dallas, TX  75202 | | | Transfers asserted to be due to Manila/Netsphere parties per pre-petition litigation | X | X | X | Unknown |
| Nace & Motley, LLP Kristy Motley 100 Crescent Court 7th Floor Dallas, TX 75201 | | | Legal fees asserted to be due | | X | X | $13,335.47 |
| National Gardening Association, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Netsphere, Inc. 1300 Bristol Street North Suite 200 Newport Beach, CA 92660 | | | Transfers asserted to be due to Manila/Netsphere parties per pre-petition litigation | X | X | X | Unknown |
| Netsphere, Inc. c/o Locke, Lord, Bissell & Liddell, LLP Attention: John MacPete 2200 Ross Avenue, Suite 2200 Dallas, TX  75202 | | | NOTICE ONLY | | | | $0.00 |
| Newman & Newman 505 Fifth Avenue South Suite 610 Seattle, WA  98104 | | | Legal fees asserted to be due | | X | X | $17,572.86 |

In re___Ondova Limited Company_____, Debtor      Case No._____09-34784-sgj-11___

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet - Page 11 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Nilfisk Advance c/o Charlotte Monck Sognevej 25 DK-2605 Brondby | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Novo Point, LLC c/o West & Associates, LLP Attention: Royce West P.O. Box 3960 Dallas, TX  75208 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Oleg Cassini, Inc. 15 East 63rd Street New York, NY 10021 Phone:  212-753-7540 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Oleg Cassini, Inc. c/o Reppert Kelly LLC Attention: J. Vincent Reppert 403 King George Road, Suite 201 Basking Ridge, NJ  07920 | | | NOTICE ONLY | | | | $0.00 |
| Owens, Clary & Aiken, L.L.P. 700 North Pearl Street Suite 1600 Dallas, TX  75201 | | | Legal fees asserted due | | X | X | $4,887.14 |
| P. H. Glatfelter Company Attention: Lynn Rzonca 96 South George Street, Suite 500 York, PA  17401 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor        Case No._____09-34784-sgj-11_

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet - Page 12 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Paracorp PO Box 160568 Sacramento, CA | | | Registered Agent Fees | | | | $15.00 |
| Pilgrim Films and Television, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Protega 7801 Alamo Drive Plano, TX  75025 | | | Fees for E Discovery and Imaging | | | X | Unknown |
| Quantec, LLC c/o West & Associates, LLP Attention: Royce West P.O. Box 3960 Dallas, TX  75208 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| Rasanksy Law Firm Attention: Jeff Rasansky 2524 McKinnon, Suite 625 Dallas, TX 75200 | | | Legal fees asserted due | | X | X | Unknown |
| Realty Investment Management, LLC c/o Payne & Blanchard, LLP Attention: Frank Perry 600 North Pearl Street 2500 South Tower LB201 Dallas, TX  75201 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |
| ReedSmith LLP Raymond Cardozo Dept 33489 PO Box 39000 San Francisco, CA 94139 | | | Legal fees asserted to be due | | X | X | $5,000.00 |
| Reyna, Hinds & Crandall 1201 Elm, Suite 3850 Dallas, TX.  75270 | | | Legal fees asserted to be due | | X | X | $14,875.74 |

In re    **Ondova Limited Company**                  , Debtor        Case No.        **09-34784-sgj-11**

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet - Page 13 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Riney Palter PLLC<br>5949 Sherry Lane<br>Suite 1616<br>Dallas, TX 75225-8009 | | | Legal fees asserted to be due | | X | X | $5,141.03 |
| Rowbotham and Associates<br>Attn: Rich Rowbotham<br>101 Second Street, Suite 1200<br>San Francisco, CA 94105 | | | Legal and accounting fees asserted due | | X | X | $35,821.00 |
| Sago Networks<br>4465 W. Gandy Blvd.<br>Suite 800<br>Tampa, FL.  33611 | | | Network Services | | | | $420.00 |
| SelectMark, Inc.<br>C/o Gary Tannenbaum<br>Friedman Schuman<br>101 Greenwood Avenue, 5th Floor<br>Jenkintown, PA 19046-2636 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| ServiceMaster Brands, L.L.C.<br>Attention: Kevin S. MacKinnon<br>860 Ridge Lake Boulevard A3-4008<br>Memphis, TN  38120 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Simple Solutions<br>c/o Payne & Blanchard, LLP<br>Attention: Frank Perry<br>600 North Pearl Street<br>2500 South Tower LB201<br>Dallas, TX  75201 | | | Claims resulting from implementation of Memorandum of Understanding | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor      Case No._____09-34784-sgj-11___

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet - Page 14 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| St. Martins Victoria Pty Ltd. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Teledyne Technologies, Inc. | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Teva Pharmaceuticals USA, Inc. Teva Pharmaceuticals Industries, Inc. c/o Lisa Pieroni Kirschstein, Israel, Schiffmiller & Preroni, P.C. 425 Fifth Avenue, 5th Floor New York, NY 10016-2223 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| The Bank of New York Mellon Corporation c/o Vita Dorshkevich, Domain Manager One Mellon Center Room 1820 Pittsburgh, PA   15258 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| The University of Texas at Austin Office of the V.P. for Legal Affairs Attn:  Patricia C. "Patti" Ohlendorf Box R Austin, TX   78713-8918 | | | Trademark infringement and other Lanham Act violations asserted against Debtor. | | X | X | 4,000,000.00 |

In re___Ondova Limited Company_____, Debtor    Case No._____09-34784-sgj-11___

**SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet - Page 15 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| The Vanguard Group, Inc. c/o Lorrie Bayles Legal Department 100 Vanguard Blvd, V26 Malvern, PA 19355 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | | | | Unknown |
| Thompson & Knight LLP 1722 Routh St Suite 1500 Dallas, TX 75201-2533 | | | Legal fees asserted to be due | X | X | | $1,579.50 |
| Thomson West West Payment Center P.O. Box 6292 Carol Stream, IL 60197-6292 | | | Prior in-house counsel's research cost | | | | $1,162.21 |
| Time Warner Cable 1933 E. Frankford Rd. Carrollton, TX 75006 | | | Cable Service | | | | $76.90 |
| Tractor Supply Company | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Tramortina USA, Inc. 12954 West Airport Blvd Sugar Land, Texas  77477 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___Ondova Limited Company_____, Debtor     Case No._____09-34784-sgj-11_

### SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet - Page 16 of 17)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Travelers Indemnity Company c/o Oppenheimer Law Firm Attention:  Aaron M. Scott Plaza VAII, Suite 3300  45 South Seventh Street Minneapolis, MN  55402 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| ViaTalk | | | Telephone (VOIP) | | | | $26.98 |
| Weaver Popcorn, Inc. d/b/a Trails' End | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| Western & Southern Financial Group Attention: Jonathon D. Niemeyer 400 Broadway Cincinnati, OH   45202 | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| World Market Center Venture, LLC | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |

In re___**Ondova Limited Company**_____, Debtor        Case No._____**09-34784-sgj-11**___

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet - Page 17 of 17)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Zuffa, LLC | | | Trademark and other Lanham Act related claims have been asserted against the Registrant of a domain name on which the Debtor is the Registrar. Registrar may be subject to an assertion of similar liability. | X | X | X | Unknown |
| | | | | | | **TOTAL »** | |
| (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data) | | | | | | | **$4,520,697.96** |

In re___**Ondova Limited Company**_____, Debtor      **Case No.**_____**09-34784-sgj-11**_____

## SCHEDULE G – EXECUTORYCONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Assurant, Inc. | Domain Name(s) Registration Agreement |
| Baylor University | Domain Name(s) Registration Agreement |
| Bhgrealty | Domain Name(s) Registration Agreement |
| Complete Car Solutions | Domain Name(s) Registration Agreement |
| Darden Corporation | Domain Name(s) Registration Agreement |
| Dauben, Inc., a Texas corporation 1200 Sycamore Street #8354 Waxahachie, TX  75165-2397 | Domain Name(s) Registration Agreement |
| Dennis Klienfeld, Jeannie Hudson, Officers and Directors of USVI Entities Listed – HBC, LLC; RIM LLC, Simple Solutions LLC, Search Guide LLC, Blue Horizons LLC, Four Points LLP, Nova Point, Inc.; Iguana, Inc. and Quantec, Inc. | Memorandum of Understanding as Modified by Temporary Restraining Order, Preliminary Injunction in *Netsphere, et al v. Ondova, et al*, Case No. 09-CV-0998, in the U. S. District Court for the Northern District of Texas, Dallas Division |
| Diamond Key, LLC | Domain Name(s) Registration Agreement for Domain Name Registrant |
| Edfinancial Services, LLC. | Domain Name(s) Registration Agreement |
| Education Testing Services, Inc. | Domain Name(s) Registration Agreement |
| Mike Emke c/o Conrad Herring 3525 Delmar Heights Road #305 San Diego, CA | Pre-petition Compromise and Settlement Agreement regarding ownership and registration of specific domain name (executed but not completed pre-petition) |
| Equivalent Data 4809 Westway Park Blvd. Houston, TX  77041 | "Service Level Contract" for hosting services – 7/2/09 – for purpose of collection and discovery ($25,000.00 retainer pre-petition) |
| Ethan Granger Corp | Domain Name(s) Registration Agreement |
| Expert Travel Services, LLC | Domain Name(s) Registration Agreement |

In re ___**Ondova Limited Company**___, Debtor            Case No. **09-34784-sgj-11**

## SCHEDULE G – EXECUTORYCONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet - Page 2 of 3)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Flemings Ultimate Garage | Domain Name(s) Registration Agreement |
| FMI Communications | Domain Name(s) Registration Agreement |
| Group 1 Automotive | Domain Name(s) Registration Agreement |
| IMT Services Corp | Domain Name(s) Registration Agreement |
| Indemnity and Other Obligations | Per Regulations of Debtor relative to Member/Manager or Officers of Debtor including Jeff Baron – No Counter Party |
| Internet Corporation for Assignee Names and Numbers (ICANN)<br>4676 Admiralty Way, Suite 330<br>Marine Del Ray, CA  90292-6601 | Registrar Accreditation Agreement |
| Jimmy Lee<br>1300 Walnut Street, #507<br>Carrollton, TX   75006 | Lease of Residential Real Property for Jeff Baron by Debtor 4/28/2009 (term – one year) |
| Manassas LLC | Domain Name(s) Registration Agreement for Domain Name Registrant |
| Mori Seiki USA | Domain Name(s) Registration Agreement |
| Munish Krishan/Manila Industries/Netsphere, Inc.<br>c/o Locke, Lord, Bissell & Liddell, LLP<br>Attention: John MacPete<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75202 | Memorandum of Understanding as Modified by Temporary Restraining Order, Preliminary Injunction in *Netsphere, et al v. Ondova, et al*, Case No. 09-CV-0998, in the U. S. District Court for the Northern District of Texas, Dallas Division |
| Pattishall, McAuliffe et al | Domain Name(s) Registration Agreement |
| Peretti | Domain Name(s) Registration Agreement |
| Privacy Protection Services, Inc., a Texas corporation<br>1721 S. Interstate Highway 35 E<br>Apt. 15208<br>Waxahachie, TX   75165-3140 | Domain Name(s) Registration Agreement |
| Protega<br>7801 Alamo Drive<br>Plano, TX   75025 | E Discovery / Imaging per Court Order |
| Quepasa Quepasa | Domain Name(s) Registration Agreement |
| Realty World Corp | Domain Name(s) Registration Agreement |
| Simms Fishing Products, LLC | Domain Name(s) Registration Agreement |

In re ___**Ondova Limited Company**___, Debtor          Case No. **09-34784-sgj-11**

## SCHEDULE G – EXECUTORYCONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet - Page 3 of 3)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Simple Solutions, Inc. | Domain Name(s) Registration Agreement |
| Tahoe Joe', Inc | Domain Name(s) Registration Agreement |
| Texas International Property Associates | Domain Name(s) Registration Agreement |
| VeriSign, Inc.<br>P. O. Box 2404326<br>Atlanta, GA  30304<br><br>21345 Ridgetop Circle<br>Dulles, VA  20166<br><br>c/o Thomas S. Indelcarto<br>VP Associate General Counsel<br>Global Law Department<br>21355 Ridgetop Circle<br>Dulles, VA  20166 | Domain Registry Agreement<br>For .com and .net root suffices (one for each root) |

Additional Domain Name Registration Agreements exist and will be added in subsequent amendments.

In re__Ondova Limited Company_____, Debtor        Case No._____09-34784-sgj-11_____

# SCHEDULE H – CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jeff Baron<br>P.O. Box 111501<br>Carrolton, Texas 75011 | Munish Krishan<br>Manila Industries<br>Netsphere, Inc.<br>c/o Locke, Lord, Bissell & Liddell, LLP<br>Attention: John MacPete<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75202<br><br>The University of Texas at Austin<br>Attn:  Patricia C. "Patti" Ohlendorf<br>Office of the Vice President for Legal Affairs<br>Box R<br>Austin, TX 78713-8918<br><br>Protega<br>7801 Alamo Drive<br>Plano, TX   75025 |

**In re:**  **Ondova Limited Company**  **, Debtor**       **Case No.**       **09-34784-sgj-11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Damon Nelson, the President of Ondova Limited Company, the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____32_____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date___August 24, 2009_____        **Ondova Limited Company**

    By:___*/s/ Damon Nelson*_____
                 Damon Nelson, President

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.