Daniel J. Sherman
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR CHAPTER 7TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-34784-SGJ-7 |
| ONDOVA LIMITED COMPANY, | § | |
| | § | |
| Debtor. | § | |

**TRUSTEE'S AMENDED APPLICATION TO PAY STORAGE EXPENSES**

**ANY PARTY WISHING TO RESPOND TO THIS PLEADING MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 12A24, DALLAS, TX 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TX 75208, WITHIN 21 DAYS OF THE SERVICE OF THIS PLEADING.   IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING ON THE RESPONSE WILL BE SCHEDULED WITH A NOTICE TO THE RESPONDING PARTY ONLY.**

**IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THE RELIEF REQUESTED UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

TO THE HONORABLE STACEY G. JERNIGAN, U.S. BANKRUPTCY JUDGE:

Daniel J. Sherman, Trustee, files this amended application seeking authorization to pay the storage expenses, and in support, shows the Court the following:

1. This case was commenced as a voluntary Chapter 11 filed on July 27, 2009. Daniel J. Sherman ("Trustee") was appointed as Chapter 11 trustee on September 17, 2009. The case was converted to a Chapter 7 on February 19, 2016 and Daniel J. Sherman remained the trustee.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157; 28 U.S.C. §1334; and 11 U.S.C. §507. This is a core proceeding.

3. Prior to this case converting to a Chapter 7 case, Damon Nelson and AtWebDesigns, Inc. were handling the domain name renewals and monthly server fees and storage, and the estate paid the monthly expenses. AtWebDesigns has since been dissolved and the parent company is Launch Ninjas, Inc.

4. On June 30, 2016, Trustee filed a Motion to Pay Storage Expenses [docket #1275], however, an Order was never entered approving the motion. Trustee files this amended motion to update the request for payment to Launch Ninjas, Inc. for domain name renewal and monthly storage reimbursements.

5. The trustee seeks an order to authorize payment to Launch Ninjas, Inc. for domain name renewals in the amount of $421.57; and monthly storage fees in the amount of $2,103.75 for March, 2016 through November 2018 in the total amount of $2,525.32.

6. The trustee further seeks an order to pay Launch Ninjas, Inc. for domain name renewals and monthly storage fees for each month until the case is closed.

7. The trustee currently has a total of $282,392.25 on hand in the estate, and there are sufficient funds in the estate to pay the expenses to Launch Ninjas, Inc.

WHEREFORE, Daniel J. Sherman, trustee, asks this Court

- to authorize payment of $2,525.32to Launch Ninjas, Inc. for domain name renewals and monthly storage fees for March, 2016 through November 2018;

- to authorize payment to Launch Ninjas, Inc. for domain name renewals and monthly storage fees for each month until all assets are sold and the case is closed; and

- to authorize any other relief to which he may show himself justly entitled.

Respectfully submitted,

　　　/s/　　Daniel J. Sherman
**Daniel J. Sherman**
State Bar No. 18241000
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502　　Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **TRUSTEE'S AMENDED APPLICATION TO PAY STORAGE EXPENSES** was forwarded by electronic transmission or regular first class mail, postage prepaid to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242, and to the parties included on the attached Service List, on this  21st  day of November, 2018.

　　　/s/　　Daniel J. Sherman
**Daniel J. Sherman**

# Invoice

**Launch Ninjas Inc**

400 N. St. Paul, Suite 1040
Dallas, TX 75201

| Date | Invoice # |
|---|---|
| 11/16/2018 | 1009 |

**Bill To**
Ondova Limited

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 33 | Reimbursement of Basement Storage Expenses for Ondova Limited (Files, books & records, cabinets, and office furniture) from Mar-16 to Nov-18 | 63.75 | 2,103.75 |
| 1 | Domain Name renewals on GoDaddy from Mar-16 to Nov-18 (See attached spreadsheet from Godaddy with names and payment receipt numbers) | 421.57 | 421.57 |

**Total** $2,525.32

| | | |
|---|---|---|
| ABC Liquors, Inc.<br>Allen Dyer Doppelt Milbrath & Gilchrist<br>Attention: Allison Imber<br>255 South Orange Avenue, Suite 1401<br>Orlando, FL 32801-3460 | Attorney General of Texas<br>Taxation Division-Bankruptcy<br>P.O. Box 12548<br>Capitol Station<br>Austin, TX 78711-2548 | Bickel and Brewer<br>Attention: John Bickel<br>1717 Main Street, Suite 4800<br>Dallas, TX 75201-7362 |
| BMF IT Services, LLC<br>610 E Main St No. 403<br>Allen, TX 75002-3089 | Board of Regents of the University of Texas<br>CO Liz Boydston<br>Fulbright & Jaworski LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784 | Brinks Network, Inc.<br>CO Thompson Coburn, LLP<br>Attention: Mark Sableman<br>One US Bank Plaza<br>St. Louis, MO 63101-1612 |
| Carrington Coleman Sloman & Blumenthal, LLP<br>c/o J. Michael Sutherland<br>901 Main Street<br>Suite 5500<br>Dallas, TX 75202-3767 | Comerica Incorporated<br>C/O Meagan Martin<br>Strong Slater & Johnson LLP<br>1701 N. Market Street, Suite 200<br>Dallas, Texas 75202-1821 | Comerica Incorporated<br>CO Miller Canfield<br>Attention: Kristen Spano<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226-4415 |
| DaVita, Inc.<br>CO Mintz Lerin<br>Attention: Susan Weller<br>701 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2608 | Dennis Klienfeld<br>CO Tom Bolt and Associates<br>Attention: Rosh Alger<br>5600 Royal Dane Mall<br>St. Thomas, U.S. Virgin Islands 00802-6410 | Digital Discovery<br>8131 LBJ Freeway, Suite 325<br>Dallas, TX 75251-4603 |
| Equivalent Data<br>325 St. Paul Street<br>Dallas, TX 75201-3801 | Fee, Smith, Sharp & Vitullo, LLP<br>Attention: Louie Vitullo<br>13155 Noel Road, Suite 100<br>Dallas, TX 75240-5050 | Four Points Management, LLP<br>CO Tom Bolt and Associates<br>Attention: Rosh Alger<br>5600 Royal Dane Mall<br>St. Thomas, U.S. Virgin Islands 00802-6410 |
| Franklin Skierski Lovall Hayward LLP<br>10501 N. Central Expwy., Ste. 106<br>Dallas, TX 75231-2203 | Friedman & Feiger, L.L.P.<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX 75254-2488 | Gary G Lyon<br>Bailey, Johnson and Lyon, PLLC<br>6401 W Eldorado Pkwy<br>Suite 234<br>McKinney, TX 75070-6199 |
| Gary G. Lyon, Esq.<br>Attorney at Law<br>PO Box 1227<br>Anna, TX 75409-1227 | Gary N. Schepps<br>12655 N. Central Expwy, Ste 812<br>Dallas, TX 75243-1756 | Graebel Van Lines, Inc.<br>16346 Airport Circle<br>Aurora, CO 80011-1558 |
| Grupo Andrea S.A. de C.V.<br>Michael A. Grow, Esq.<br>Argent Fox LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036-5303 | Howard and Morissa Hamburger<br>CO Wolf Rifkin<br>Attention: Charles Harder, Esq.<br>11400 W. Olympic Blvd, 9th Floor<br>Los Angeles, CA 90064-1582 | Igiana Consulting, LLC<br>co Craig A. Capua<br>West and Associates, L.L.P.<br>PO Box 3960<br>Dallas, TX 75208-1260 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeffrey Baron<br>PO Box 111501<br>Carrollton, TX 75011-1501 | Jonathan L. Howell<br>McCathern PLLC<br>3710 Rawlins St., Ste. 1600<br>Dallas, TX 75219-4258 |
| Kapalua Land Company, Ltd.<br>CO Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4298 | Kennametal, Inc.<br>Attention: Mathew Gordan<br>1600 Technology Way<br>Latrobe, PA 15650-4647 | Lain Faulkner & Co., PC<br>400 N. St. Paul Street, Suite 600<br>Dallas, TX 75201-6897 |

Laurie Spindler Huffman, Esq.
Linebarger, Goggan, Blair & Sampson, LLP
2777 Stemmons Frwy, Suite 1000
Dallas, TX 75207

Leonard Harvey Simon
Pendergraft & Simon, LLP
2777 Allen Parkway, Suite 800
Houston, Tx 77019-2129

Locke Lord Bissell & Liddell LLP
2200 Ross Ave, Suite 2200
Dallas, TX 75201-2748

Manila Industries, Inc.
CO Locke, Lord, Bissell & Liddell, LLP
Attention: John MacPete
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-2748

Marshden, LLC
CO Tom Bolt and Associates
Attention: Rosh Alger
5600 Royal Dane Mall
St. Thomas, U.S. Virgin Islands   00802-6410

Martin K. Thomas
P.O. Box 36528
Dallas, TX 75235-1528

Maui Land & Pineapple Company, Inc.
CO Cades Schutte
Attention: Martin Hsla
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4298

Munish Krishan
CO Locke, Lord, Bissell & Liddell, LLP
Attention: John MacPete
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-2748

Nace & Motley, LLP
Kristi Motley
100 Crescent Court, 7th Fl
Dallas, TX 75201-6900

Netsphere, Inc.
CO Locke, Lord, Bissell & Liddell, LLP
Attention: John MacPete
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-2748

Novo Point, LLC
CO Eric J. Taube
Hohmann, Taube & Summers, L.L.P.
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Novo Point, LLC
co Craig A. Capua
West and Associates, L.L.P.
PO Box 3960
Dallas, TX 75208-1260

Oleg Cassini, Inc.
CO Reppert Kelly LLC
Attention: J. Vincent Reppert
403 King George Road, Suite 201
Basking Ridge, NJ 07920-2821

Owens, Clary & Aiken, L.L.P.
CO Dana M. Campbell
700 North Pearl Street, Suite 1600
Dallas, TX 75201-4148

P. H. Glatfelter Company
Attention: Lynn Rzonca
96 South George Street, Suite 500
York, PA 17401-1434

Pendergraft & Simon, LLP
2777 Allen Parkway, Suite 800
Houston, Tx 77019-2129

Peter S. Vogel, Receiver
c/o Jeffrey R. Fine
Dykema Gossett PLLC
1717 Main St., Suite 4000
Dallas, Texas 75201-7332

Powers Taylor LLP
Powers Taylor LLP
8150 North Central Expressway
Suite 1575
Dallas, TX 75206-1837

Pronske & Patel, P.C.
2200 Ross Ave. Ste. 5350
Dallas, TX 75201-7903

Quantec LLC
CO James M. Eckels, Esq.
7505 John Carpenter Frwy.
Dallas, TX 75247-4824

Quantec, LLC
CO Eric J. Taube
Hohmann, Taube & Summers, L.L.P.
100 Congress Ave., Suite 1800
Austin, TX 78701-4042

Quantec, LLC
co Craig A. Capua
West and Associates, L.L.P.
PO Box 3960
Dallas, TX 75208-1260

Rasansky Law Firm
2525 McKinnon, Suite 625
Dallas, TX 75201-1550

Ravi Puri
Manila Industries and Netsphere
co Attorney, John W. MacPete
2200 Ross Ave., Ste 2200
Dallas, TX 75201-2748

Raymond J. Urbanik
Barnes & Thornburg LLP
2100 McKinney Ave., Ste. 1250
Dallas, TX 75201-6908

Securities and Exchange Commission
100 F Street NE
Washington, DC  20549-0213

Securities and Exchange Commission
175 W. Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Sedo.com,LLC
161 First St
Cambridge, MA 02142-1211

ServiceMaster Brands, L.L.C.
Attention: Kevin S. MacKinnon
860 Ridge Lake Blvd. Ste.  A3-4008
Memphis, TN 38120-9434

Stromberg Stock, PLLC
8750 N Central Expy
Ste 625
Dallas, TX 75231-6452

Texas Employment Commission
TEC Building - Taxation Department
Austin, TX 78778-0001

Textura Corporation
Michael Best & Friedrich LLP
Attn: Katrina Hull
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108

The Beckham Group
3400 Carlisle Ave., Ste 550
Dallas, TX 75204-0354

The University of Texas at Austin
Office of the V.P. for Legal Affairs
Box R
Austin, TX   78713-8918

Tramortina USA, Inc.
12955 West Airport Blvd
Sugar Land, TX 77478-6119

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

VeriSign, Inc.
CO Angela B. Degeyter
Vinson & Elkins L.L.P.
2001 Ross Ave., Suite 3700
Dallas, TX 75201-2975

Western & Southern Financial Group
Attention: Jonathon D. Niemeyer
400 Broadway
Cincinnati, OH 45202-3312