

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 29, 2020**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THER NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-34784-SGJ-7 |
| **ONDOVA LIMITED COMPANY,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### ORDER GRANTING TRUSTEE AUTHORIZATION TO TRANSFER PROPERTY

CAME ON FOR CONSIDERATION Spamhaus Project, Ltd.'s ("Spamhaus") Motion to Authorize Trustee to Transfer Property (the "Motion") (Doc. 1304). The Court, having considered the Motion, any responses filed to the Motion, finds that the notice of the Motion given was due and proper. The Court further finds that cause exists to authorize the Trustee to undertake any necessary actions to transfer spamhaus.com (the "Domain Name") to Spamhaus. The Motion is therefore well-taken and should be, and hereby is, GRANTED.  It is, therefore,

**ORDERED** that the Trustee[1] is authorized take any steps necessary to transfer ownership and control of the Domain Name to Spamhaus.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

### End of Order ###

Prepared by:

/s/ *R. Adam Swick*
R. Adam Swick
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy.
Suite C300
Austin, Texas 78746
T: 512-647-6110
F: 512-647-6129
Email: aswick@rctlegal.com

*Counsel for Spamhaus Project, Ltd.*