**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-34784 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ONDOVA LIMITED COMPANY | | | Date Filed (f) or Converted (c): | 02/19/16 (c) |
| | | | | 341(a) Meeting Date: | 04/06/16 |
| For Period Ending: 06/30/22 | (7th reporting period for this case) | | | Claims Bar Date: | 07/05/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS FROM CHAPTER 11 (u) | 0.00 | 737,984.76 | | 737,984.76 | FA |
| 2. REMAINING DOMAIN NAMES (u) | 0.00 | 100.00 | | 0.00 | 100.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $738,084.76 | | $737,984.76 | Gross Value of Remaining Assets $100.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE EMPLOYED DAMON NELSON TO SELL THE LAST 3 DOMAIN NAMES. MOTION TO SELL FILED AND AWAITING ENTRY OF ORDER.
ESTIMATED DATE OF TFR IS 10/31/2022

Initial Projected Date of Final Report (TFR): 05/01/17    Current Projected Date of Final Report (TFR): 10/31/22

LFORM1    Ver: 22.06b